JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ENRIQUE AGUILERA ANGELES, et al., | Case No. CV 23-0875 FMO (MARx) |
| Plaintiffs. | |
| v. | **JUDGMENT** |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 1st day of August, 2023.

/s/
Fernando M. Olguin
United States District Judge