**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS ENRIQUE AGUILERA ANGELES, et al., Plaintiffs, v. COUNTY OF LOS ANGELES, et al., Defendants. | Case No. CV 23-00875 FMO (MARx) **JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** |

Pursuant to the Order Re: Pending Motion, filed on September 30, 2026, the court hereby finds that there is no just reason to delay the entry of judgment with respect to plaintiffs' claims against defendants Alonso Ramirez ("Ramirez") and Mark Bravo ("Bravo"). Accordingly, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, IT IS ADJUDGED THAT the above-captioned action against Ramirez and Bravo is dismissed with prejudice.

Dated this 16th day of October, 2026.

/s/
Fernando M. Olguin
United States District Judge